# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JONATHAN JAMAL JOHNSON

VERSUS

WHITNEY CROCKETT JOHNSON

NO.  2024 CW 0611

**SEPTEMBER 9, 2024**

---

In Re:   Whitney Crockett Johnson, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. F-230091.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

 **WRIT GRANTED WITH ORDER.**  The portion of the family court's June 12, 2024 judgment granting the motion for sanctions filed by plaintiff, Jonathan Jamal Johnson, is a final, appealable judgment. La. Code Civ. P. art. 1915(A)(6); **Landry v. Landry,** 2021-0337 (La. App. 1st Cir. 10/8/21), 331 So.3d 351, writ denied, 2022-00044 (La. 3/2/22), 333 So.3d 835.  Therefore, the writ is granted, in part, for the limited purpose of remanding the case to the family court with instructions to grant defendant, Whitney Crockett Johnson, an appeal of the portion of the judgment which granted the motion for sanctions pursuant to the pleading that notified the family court of her intention to seek writs. See **In re Howard,** 541 So.2d 195, 197 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

 In addition, the portions of the judgment granting in part the exceptions of *res judicata* and *lis pendens* are reversed.  In order for an exception of *res judicata* to be sustained, a final judgment is required.  La. R.S. 13:4231.  In this matter, there has been no final adjudication of any petition for protection from abuse, and therefore, *res judicata* is inapplicable. Moreover, *lis pendens* applies when two or more actions are pending. La. Code Civ. P. art. 531.  All petitions for protection and temporary restraining orders at issue herein were filed in the same family court action, bearing the same family court docket number. Accordingly, the exceptions of *res judicata* and *lis pendens* are denied.

 **PMc**
 **JEW**
 **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT